RANDAL, Administrator of COMPARET and Others, *v.* THE
STATE, on the Relation of MASSY.—In error.

A Court has no power to make an alteration in the record after the judg-
ment, in the absence of the defendants, and without their consent.

THIS was a suit upon the same bond described in the
record of the suit instituted by *The State ex rel. Hummell*
v. *Comparet et al.*, in which the judgment was reversed by
this Court at the *November* term, 1845 (1).   The proceed-
ings were exactly similar, and the judgment in this case
is in like manner erroneous, in consequence of there being
a fatal variance between the bond produced on oyer and
that described in the declaration.

It appears that, after the decision of this Court in the
case above mentioned, the plaintiff below appeared in the
Circuit Court, and, upon his motion, the plea of the de-
fendants setting out the bond on oyer, was ordered to be
so amended as to make the instrument set out in the
plea correspond with that described in the declaration.
We cannot consider the defect remedied by this proceed-
ing.   The Court had no power to make such an altera-
tion in the record after the judgment, in the absence of
the defendants and without their consent.

The judgment is reversed with costs.   Cause remanded
for a new trial.

(1) See 7 Blackf. 553.